No. 199. CRISTIANI v. ICARD, MERRILL, CULLIS & TIMM ET AL. Supreme Court of Florida. Certiorari denied.

No. 204. PEARL BEER DISTRIBUTING CO. OF JEFFERSON COUNTY, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *John H. Benckenstein* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Warren M. Davison* for respondent.

No. 206. JACKSONVILLE TERMINAL CO. ET AL. v. FLORIDA EAST COAST RAILWAY CO. C. A. 5th Cir. Certiorari denied. *Louis Kurz, John S. Cox* and *Edward McCarthy* for petitioners. *Chester Bedell* and *Nathan Bedell* for respondent.

No. 208. ASSOCIATED STORES, INC. v. INDUSTRIAL LOAN & INVESTMENT CO. C. A. 4th Cir. Certiorari denied. *J. C. B. Ehringhaus, Jr.,* for petitioner. *Howard E. Manning* for respondent.

No. 209. STATE NEON SIGN CO., INC. v. FRANKLIN LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied. *Joseph S. Crespi* for petitioner.

No. 210. BERLENBACH, DOING BUSINESS AS SKI-FREE CO. v. ANDERSON & THOMPSON SKI CO., INC. C. A. 9th Cir. Certiorari denied. *Edward B. Gregg* for petitioner. *James W. Dent* for respondent.

No. 213. W. T. GRANT CO. v. SKELTON. C. A. 5th Cir. Certiorari denied. *Hosea Alexander Stephens* for petitioner.